# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Amun Usir Ali Bey,

    Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                         3:11cv114

Richard B. Reese, et al.,

    Defendant(s).

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 15, 2011 Order.

                                               Signed: March 15, 2011

                                               *[signature]*

                                               Frank G. Johns, Clerk
                                               United States District Court